UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| BRILEY PIPER,<br><br>Petitioner,<br><br>vs.<br><br>MARTY JACKLEY, ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA, JOSEPH ROEMMICH, WARDEN, SOUTH DAKOTA STATE PENITENTIARY;<br><br>Respondents. | 5:20-CV-05074-RAL<br><br><br>JUDGMENT |

Based on the Opinion and Order Granting Respondents' Motion for Summary Judgment,

it is

ORDERED, ADJUDGED, and DECREED that Summary Judgment enters under Rule 56

of the Federal Rules of Civil Procedure for Respondents and against Petitioner.

DATED this 16ᵗʰ day of July, 2025.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE